**Motions Granted; Vacated and Remanded; Memorandum Opinion filed June 13, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00412-CV

---

## MONICA BETH DJOKIC, Appellant

## V.

## MLADEN R. DJOKIC, Appellee

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2011-64539**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed March 1, 2013. On June 7, 2013, the parties filed a joint motion to set aside the final decree and remand the case to the trial court for entry of a judgment in accordance with the parties' mediated settlement agreement. *See* Tex. R. App. P. 42.1. The parties also filed a joint motion to expedite issuance of this court's mandate. The motions are granted.

Accordingly, we order the final decree of divorce signed March 1, 2013, set aside and vacated without regard to the merits. The case is remanded to the trial court for rendition of a judgment in accordance with the parties' binding mediated settlement agreement dated May 22, 2013. Each party shall pay its costs incurred by reason of this appeal. The mandate of the court shall issue immediately.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.